IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 20 PM 2 5

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JIMMYRICO PIGRAM, by and through his next
friend (mother), Linda Pigram; and
LINDA PIGRAM

          Plaintiffs,

vs.

          No.    04-2282-BV

MEMPHIS CITY SCHOOLS, MEMPHIS
POLICE DEPARTMENT, OFFICER R.
CHAUDOIN, and other individually unnamed
officers with the Memphis Police Department,

          Defendants.

### ORDER OF DISMISSAL

Pursuant to the Plaintiff's entry of a Stipulation of Dismissal, it is hereby ORDERED AJUDGED and DECREED that the Memphis City Schools is dismissed from the above referenced lawsuit as a defendant with prejudice.

Hon. ~~Diane K. Vescovo~~ J. Daniel Breen
United States ~~Magistrate~~ District Judge

April 20, 2005
Date



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02282 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT