IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY **Cg** D.C.

05 AUG 31 PM 3:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JIMMYRICO PIGRAM, by and through his next friend (mother), LINDA PIGRAM; and LINDA PIGRAM, <br><br> Plaintiffs <br><br> vs. <br><br> MEMPHIS CITY SCHOOLS, CITY OF MEMPHIS, OFFICER R. CHAUDOIN, and other individually unnamed officers with the MEMPHIS POLICE DEPARTMENT, <br><br> Defendants | CASE NO. 04-2282-B/V <br><br> JURY DEMANDED |

### ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT, OFFICER RUSSELL CHAUDOIN

It appearing to the Court that Officer Chaudoin's Motion for Leave to File Reply Memorandum in Support of Motion for Summary Judgment is well taken, it is therefore GRANTED. The Clerk is instructed to file Officer Chaudoin's Reply Memorandum in Support of Motion for Summary Judgment, as attached to his Motion for Leave to File Reply Memorandum, in the record of this case.

It is so ordered this the __31st__ day of __August__ 2005.

_____
J. DANIEL BREEN
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9-2-05__

(38)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02282 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Timothy P. Taylor
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Honorable J. Breen
US DISTRICT COURT